**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | No.: CR15-08202-001-PCT-DMF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Andra Rashard Butler, | ) | |
| Defendant. | ) | |

The defendant appeared in court with counsel. The defendant's preliminary hearing was waived and the detention hearing was submitted for decision on the record before the Court.    The Court finds probable cause to believe the defendant violated the terms of his supervised probation as alleged in the Petition and the defendant will be held to answer in further proceedings on the Petition.

IT IS ORDERED that the defendant is detained as flight risk and danger pending further revocation proceedings.   Pursuant to Rule 32.1(a)(6), the defendant has failed to show by clear and convincing evidence that he is not a flight risk or a danger.

Dated this 1st day of March, 2016.

Honorable Deborah M. Fine
United States Magistrate Judge