**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,         )<br>                                   )<br>        Plaintiff,                )<br>                                   )<br> vs.                               )<br>                                   )<br>                                   )<br> Andra Rashard Butler,             )<br>                                   )<br>        Defendant.                 )<br>                                   )<br>_____) | CR15-08202-001-PCT-DMF<br><br>**ORDER** |

The defendant appeared in court and admitted to violating his conditions of supervised probation as alleged in Paragraph A, B, C, and D of the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **ONE HUNDRED TWENTY (120) DAYS**, with credit for time served.   Upon release from custody the defendant will hereby be placed on **ONE (1) YEAR** supervised release.

IT IS THE ORDER of the Court that, pursuant to General Order 12-13 which incorporates the requirements of USSG §§ 5B1.3 and 5D1.2, you shall comply with the following conditions and the following special conditions:

1. You shall not commit another federal, state or local crime during the term of supervision.

2. You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.

3. Report to the Probation Officer in a manner and frequency directed by the Court or probation officer.

4. You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

5. You shall support your dependents and meet other family responsibilities.

6. You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

7. You shall notify the probation officer at least ten days prior to any change of residence or employment.

8. You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of any alcohol if ordered by the Court in a special condition of supervision.

9. You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner.  The use or possession of medicinal marijuana, even with a physician's written certification, is not permitted. Possession of controlled substances will result in mandatory revocation of your term of supervision.

10. You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.

11. You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

12. You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

13. You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.

14. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.

15. As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.

16. If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.

17. Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and at least two periodic substance abuse

tests, but no more than four per month, during the period of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) or 3583(d).

18. If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.

19. You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances which might affect your ability to pay restitution, fines, or special assessments.

20. If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

21. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the supervising release officer.

22. You shall not consume or possess any alcohol during the term of supervised release.

23. You shall attend domestic abuse counseling at the discretion/direction of the Court and/or your supervising release officer.

24. You shall rectify any outstanding warrants from any state and/or local courts to the extent applicable, including (but not limited to) submitting yourself to the jurisdiction of said courts within any time frame established by the Court.

25. You shall abide by any (present or future) Orders of Protection, to the extent applicable.

26. You shall not purchase or possess any firearms, explosives, or ammunition, to the extent you are not already a prohibited possessor, during the term of your supervised release.

27. You shall have no contact with the victim, S.K., except as permitted by the probation officer and with the agreement of the victim, S.K.

28. You shall be banned from the Navajo Indian Reservation, with the exception of traveling through the reservation on any federal, state, or local highways or roads.

29. You shall pay any monetary penalties as ordered by the Court as follows if they have not already been paid: Payment of $25.00 to be paid in full within 30 days of release from custody.

Dated this 15th day of March, 2016.

_____
Eileen S. Willett
United States Magistrate Judge